# LAW OFFICES OF
# FARRUKH NURIDINOV, P.C.
### ATTORNEYS & COUNSELORS AT LAW

464 OCEAN PARKWAY, 1ST FLOOR
BROOKLYN, NY 11218

TELEPHONE (347)845 2029
EMAIL nuridinov.law@gmail.com

April 2, 2020

District Judge
Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Dear Judge Oetken,

This letter is submitted as an auxiliary to ECF Document No. 67, Sentencing Submission on behalf of Vitali Voronjuk filed on April 2, 2020. According to your order dated December 18, 2019, the defendant's sentencing submission was to be filed on or before March 27, 2020 and the government's submission was due on April 3, 2020. This timeframe was originally envisaged in view of sentencing hearing for Voronjuk scheduled for April 10, 2020. However, as a result of court closings due to Covid-19, Voronjuk's sentencing has now been adjourned to May 14, 2020 at 10 am.

The reason for defendant's late submission of the sentencing memorandum was my illness that struck around March 15 with the symptoms lasting up until March 28, 2020. Upon full recovery, I promptly completed sentencing submission and filed it with the ECF around noon April 2, 2020. In view of exigent circumstances, I respectfully submit to this Court that defendant's sentencing submission be accepted despite the late filing. I also respectfully submit that this Court provides additional timeframe for the Government to file its own submission in response to defendant's.

I apologize for the late filing and ask this Court to exercise its favorable discretion and accept defendant's sentencing submission.

With best regards,

> Granted. The government's sentencing submission deadline is hereby extended to April 9, 2020.
> So ordered:  4/3/20

Farrukh Nuridinov, Esq.
Law Offices of Farrukh Nuridinov Esq.
464 Ocean parkway, 1st Floor
Brooklyn, NY 11218
Tel: (929)-365-2306
Email: nuridinov.law@gmail.com

_____
J. PAUL OETKEN
United States District Judge